

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00102-CV

## EX PARTE N.C.

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 26744**

## ORDER

Appellant's attorney filed a motion to withdraw and an *Anders* brief in support of that motion. Counsel stated when the items were filed that copies were also sent to appellant. Asserting he had not received them, appellant requested a copy of the motion to withdraw and brief. In the same document, appellant also requested an additional 30 days to file his response.

Although formatted as a letter, the document dated June 30, 2017 which we received from appellant is actually a motion, and all motions must be served on all parties to the appeal and contain proper proof of service. *See* Tex. R. App. P. 9.5.[1] It was not

---

[1] Even if it was simply a letter, the rules require a copy to be sent to all parties. *See* Tex. R. App. P. 6.3.

served and did not contain proper proof of service.

Appellant has been warned of the consequences of failing to comply with this requirement before and, with regard to other documents filed since the warning, has complied with it.

Accordingly, appellant's motion is denied.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed July 19, 2017

